UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 4 2018

David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-18-0216** |
| MARK ANTHONY GARZA | § | |
| MARIO ROSAS, JR. | § | |

### SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

#### Count One

On or about May 14, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARK ANTHONY GARZA**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the Circuit Court of the State of Oregon, Umatilla County, on June 1, 2007, in cause number CFH070078, for Delivery of Marijuana within 1,000 feet of School and Possession of Marijuana, did knowingly and unlawfully possess in and affecting interstate and foreign commerce ammunition, to-wit: five thousand (5,000) rounds of Monarch 7.62x39mm caliber steel ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

#### Count Two

On or about May 14, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIO ROSAS, JR.**

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 381st Judicial District Court, Starr County, Texas, on May 17, 2012, in cause number 09-CR-339, for Robbery, did knowingly and unlawfully possess in and affecting interstate and foreign commerce ammunition, to-wit: five thousand (5,000) rounds of Monarch 7.62x39mm caliber steel ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Three

On or about May 14, 2017, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIO ROSAS, JR.**

did fraudulently and knowingly export and send from the United States, or attempt to export and send from the United States, any merchandise, article, or object, to wit: five thousand (5,000) rounds of Monarch 7.62x39mm caliber steel ammunition, contrary to Title 22, United States Code, Sections 2778(b)(2) and (c) and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 127.1, and 127.3, a law and regulation of the United States.

In violation of Title 18, United States Code, Sections 554(a) and 2.

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendants,

**MARK ANTHONY GARZA**
and
**MARIO ROSAS, JR.**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all

firearms involved in said violation are subject to forfeiture, including but not limited to the following:

    Five thousand (5,000) rounds of Monarch 7.62x39mm caliber steel ammunition.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY